**R. S. LICHTENBERG, DBA White Owl Restaurant, and Richard Lichtenberg, Movants, v. Hoves SLOAN, Opposed.**

Court of Appeals of Kentucky.
May 8, 1951.

Jack E. Fisher, David R. Reed, Paducah, for movants.

Roy N. Vance and Terrell, Schultzman & Moore, all of Paducah, opposed.

PER CURIAM.
Appeal denied. Judgment affirmed.